United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12    MAXIM I PROPERTIES,                              Case No.: 15-CV-00079-LHK

13                      Plaintiff,                     **CASE MANAGEMENT ORDER**

14               v.

15    NATIONAL UNION FIRE INSURANCE
      COMPANY OF PITTSBURGH, PA,
16
                        Defendant.
17

18    Plaintiff's Attorney: Alexander F. Stuart
      Defendant's Attorney: Lindsey A. Morgan
19

20         An initial case management conference was held on April 8, 2015.  A further case
      management conference is set for August 19, 2015, at 2:00 p.m.  The parties shall file their joint
21    case management statement by August 12, 2015.

22         By April 17, 2015, the parties shall file a joint statement selecting a mediator and
      identifying a mediation date.
23

           The Court set the following case schedule:
24

25    DEADLINE TO EXCHANGE INITIAL DISCLOSURES: April 22, 2015

26    DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: June 5, 2015

      DEADLINE TO COMPLETE MEDIATION: August 7, 2015
27
                                                    1
28
      Case No.: 15-CV-00079-LHK
      CASE MANAGEMENT ORDER

FACT DISCOVERY CUTOFF: December 4, 2015

EXPERT DISCOVERY:
  Opening Reports: December 18, 2015
  Rebuttal Reports: January 8, 2016
  Close of Expert Discovery: January 22, 2016

DISPOSITIVE MOTIONS shall be filed by February 11, 2016, and set for hearing no later than March 31, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 19, 2016, at 1:30 p.m.

JURY TRIAL: June 13, 2016, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____

LUCY H. KOH
United States District Judge

2

Case No.: 15-CV-00079-LHK
CASE MANAGEMENT ORDER