UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIM L PROPERTIES,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Defendant. | Case No. 15-CV-00079-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby CONTINUES the further case management conference, currently scheduled for August 19, 2015, to September 30, 2015 at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by September 23, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00079-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE