UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MAXIM I PROPERTIES, | Case No. 15-CV-00079-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendant. | |

Plaintiff's Attorney:  Ellyn E. Nesbit
Defendant's Attorney:  Lindsey A. Morgan

A case management conference was held on September 30, 2015.  A further case management conference is set for November 18, 2015 at 2:00 p.m.  The parties shall file their joint case management statement by November 11, 2015.

The case schedule remains as set.  For the benefit of the parties, the case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | December 4, 2015 |
| Opening Expert Reports | December 18, 2015 |
| Rebuttal Expert Reports | January 8, 2015 |

1

Case No. 15-CV-00079-LHK
CASE MANAGEMENT ORDER

| Close of Expert Discovery | January 22, 2016 |
| --- | --- |
| Last Day to File Dispositive Motions (one per side in entire case) | February 11, 2016 |
| Hearing on Dispositive Motions | March 31, 2016, at 1:30 p.m. |
| Final Pretrial Conference | May 19, 2016, at 1:30 p.m. |
| Jury Trial | June 13, 2016, at 9:00 a.m. |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated: September 30, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge